■ KENNETH T. WILLIAMS, Appellant, v FRANKLIN L. GREY et al., Respondents. [679 NYS2d 854] —Appeal from an order of the Supreme Court (Mugglin, J.), entered November 27, 1996 in Otsego County, which, *inter alia*, granted defendants' motion to dismiss the complaint on the ground of res judicata.

Order affirmed, upon the opinion of Justice Carl J. Mugglin.

Cardona, P. J., White, Peters, Spain and Carpinello, JJ., concur. Ordered that the order is affirmed, with costs.